IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN MAURICE BROWN, JR. | No. 3:20-MJ-1225-BN |

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States asks for the pretrial detention of defendants under Title 18, United States Code, Sections 3142(e) and 3142(f).

1. ***Eligibility of Case***.  This case is eligible for a detention order under 18 U.S.C. § 3142(f) because it is a case that involves:

   \_\_\_\_\_  A crime of violence as defined in 18 U.S.C. § 3156(a)(4). (18 U.S.C. § 3142(f)(1)(A)).

   \_\_\_\_\_  An offense for which the maximum sentence is life imprisonment or death. (18 U.S.C. § 3142(f)(1)(B)).

   \_\_X\_\_  Controlled substances offense for which the maximum sentence is 10 years or more. (18 U.S.C. § 3142(f)(1)(C)).

   \_\_\_\_\_  A felony that was committed after the defendant had been convicted or two or more prior federal offenses described in 18 U.S.C. § 3142(f)(1)(A)-(C), or comparable state or local offenses. (18 U.S.C. § 3142(f)(1)(D)).

   \_\_X\_\_  A serious risk defendant will not appear. (18 U.S.C. § 3142(f)(2)(A)).

   \_\_\_\_\_  A serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror. (18 U.S.C. § 3142(f)(2)(B)).

   \_\_\_\_\_  A felony that involves a minor victim in a qualifying offense or failure to register as a sex offender. (18 U.S.C § 3142(f)(1)(E)).

   \_\_X\_\_  A felony that involves the possession or use of a firearm or destructive device, or any other dangerous weapon. (18 U.S.C. § 3142(f)(1)(E)).

2. **_Reason for Detention._**  The Court should detain defendant because no condition or combination of conditions will reasonably assure:

   \_X\_  Defendant's appearance as required.
   \_X\_  Safety of any other person and the community.

3. **_Rebuttable Presumption._**  The United States will invoke the rebuttable presumption against defendant under 18 U.S.C. § 3142(e).

   The presumption applies because:

   \_X\_  Probable cause to believe defendant committed 10 + year drug offense or firearms offense, 18 U.S.C. § 924(c). (18 U.S.C. § 3142(e)).
   \_\_\_\_  Previous conviction for "eligible" offense committed while on pretrial bond.  (18 U.S.C. § 3142(e)(1)-(3)).
   \_\_\_\_  Probable cause to believe defendant committed a federal crime of terrorism as defined by 18 U.S.C. §2332b(g)(5).
   \_\_\_\_  Probable cause to believe defendant committed a qualifying offense involving a minor victim.  (18 U.S.C. § 3142(e)).

4. **_Time for Detention Hearing_**.  The United States requests the Court conduct the detention hearing:
   \_\_\_\_  At first appearance.
   \_X\_  After continuance of three days
   \_\_\_\_  After continuance of 10 days under 18 U.S.C. § 3142(d).
   \_\_\_\_  Moot at this time as defendant is in state custody.  Hearing requested if detention becomes a viable issue.

                                   Respectfully submitted,

                                   ERIN NEALY COX
                                   UNITED STATES ATTORNEY

                                    _/s/ Myria Boehm_
                                   MYRIA BOEHM
                                   Assistant United States Attorney
                                   Texas State Bar No.  24069949
                                   1100 Commerce Street, Third Floor
                                   Dallas, Texas 75242
                                   Telephone:   214-659-8600
                                   E-Mail:       myria.boehm@usdoj.gov

**Devin Brown_Motion for Pretrial Detention—Page 2**