IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. **3-20CR0613-K** |
| DEVIN MAURICE BROWN, JR. | |

### INDICTMENT

The Grand Jury charges:

Count One
Conspiracy to Possess with the Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about July 1, 2019, in the Dallas Division of the Northern District of Texas, defendant **Devin Maurice Brown, Jr.**, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of Methyl 2-(1-(4-fluorobutyl)-1*H*-indazole-3-carboxamido)- 3,3-dimethylbutanoate , also known as 2-Flouro MDMB-BUTINACA, a Schedule I controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Indictment – Page 1

Count Two
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July 1, 2019, in the Dallas Division of the Northern District of Texas, the defendant, **Devin Maurice Brown, Jr.**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce firearms, to wit: an Arsenal SLR107R, 7.62 caliber rifle, S/N AC570618; and a Glock 30, .45 caliber pistol, S/N PYB735.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Forfeiture Notice
(21 U.S.C. § 853(a) and 881(a); 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction of any offense alleged in Count One or Two of this indictment and pursuant to 21 U.S.C. §§ 853(a) and 881(a), 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Devin Maurice Brown, Jr.**, shall forfeit to the United States all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the offense; and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the respective offense.

The above-referenced property includes, but is not limited to, the following:

(1) An ARSENAL SLR107R, 7.62 caliber rifle, S/N AC570618;

(2) A Glock 30, .45 caliber pistol, S/N PYB735;

(3) Any magazines recovered with the above-mentioned firearms;

(4) Any ammunition recovered with the above-mentioned firearms; and

(5) $3,217 in United States currency, seized on July 1, 2019.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

TRUE BILL

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
MYRIA BOEHM
Assistant United States Attorney
Texas State Bar No. 24069949
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8812
E-Mail: Myria.Boehm@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

DEVIN MAURICE BROWN, JR.

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Conspiracy to Possess with the Intent to Distribute a Controlled Substance
(Count 1)

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
(Count 2)

21 U.S.C. § 853(a) and 881(a); 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

_____
DALLAS                                                                                                 FOREPERSON

Filed in open court this _8_ day of December, 2020.

-----------------------------------------------------------------

**Defendant in Federal Custody since  11/20/2020**

-----------------------------------------------------------------

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:       3:20-MJ-1225-BN